# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

Clifford W. Taylor,
Chief Justice

136432
& (76) (77)
(78) (80)
(88)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JIMMY LEE GRAY, JR.,
      Plaintiff-Appellee,

and

JIMMYLEE GRAY, SR.,
      Plaintiff-Appellant,

v

DETROIT MUNICIPAL PARKING
DEPARTMENT and ADMINISTRATIVE
HEARINGS OFFICERS,
      Defendants-Appellees.

SC: 136432
COA: 274356
Wayne CC: 06-608032-AW

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 1, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for stay and to expand the record are DENIED. The motion to strike is GRANTED. The motion for peremptory reversal is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

_____
Clerk

l0721